IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| SUSAN WILLIAMS | * |
| | * |
| Plaintiff, | *   Case No.: CAL21-12618 |
| | * |
| v. | * |
| | * |
| DOLGENCORP, LLC | * |
| d/b/a DOLLAR GENERAL | * |
| | * |
| Defendant. | * |

## ANSWER

COMES NOW the Defendant, Dolgencorp, LLC d/b/a Dollar General, by and through its attorneys, Christopher R. Dunn and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and in Answer to the Complaint filed herein states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The cause of action asserted by the Plaintiff did not accrue within the applicable statute of limitations.

### THIRD DEFENSE

The Defendant affirmatively asserts that the injuries allegedly sustained by the Plaintiff were caused by the sole, concurring, and/or contributory negligence of the Plaintiff.

### FOURTH DEFENSE

The Defendant affirmatively asserts that the Plaintiff assumed the risk of her injuries.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## FIFTH DEFENSE

The Complaint fails to join a party in whose absence complete relief cannot be accorded among those already partied.

## SIXTH DEFENSE

Assuming negligence or other wrongdoing on the part of this Defendant, which this Defendant expressly denies, it was not the proximate cause of the Plaintiff's alleged injuries, but the Plaintiff's alleged injuries were a result of superseding and/or intervening causes.

## SEVENTH DEFENSE

Assuming negligence or other wrongdoing on the part of this Defendant, which this Defendant expressly denies, it was not the proximate cause of the Plaintiff's alleged injuries, but the Plaintiff's alleged injuries were a result of prior and/or subsequent conditions or occurrences for which this Defendant is not responsible.

## EIGHTH DEFENSE

The Defendant affirmatively asserts that the Plaintiff's claims are barred by the doctrines of accord and satisfaction, estoppel, release, and/or *res judicata*.

## NINTH DEFENSE

The Defendant denies any and all allegations of negligence or other wrongdoing as alleged in the Complaint filed herein and will demand strict proof of all allegations in that regard.

## TENTH DEFENSE

The Defendant reserves the right to raise additional defenses based upon facts which may be revealed through discovery.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

WHEREFORE, the Complaint having been fully answered, the Defendant, Dolgencorp, LLC d/b/a Dollar General, respectfully prays that the Complaint be dismissed, with costs adjudged against the Plaintiff, or for such other relief as this Honorable Court may deem just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_____
Christopher R. Dunn, #8712010168
Counsel for Defendant Dollar General
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com

## JURY REQUEST

The Defendant hereby requests trial by jury on all issues raised herein.

_____
Christopher R. Dunn, #8712010168
Counsel for Defendant Dollar General

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2021, a copy of the foregoing Answer was forwarded, postage prepaid, via First Class mail, to:

Timothy P. Leahy
Byrd & Byrd, LLC
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
Counsel for Plaintiff

_____
Christopher R. Dunn, #8712010168
Counsel for Defendant Dollar General

I:\Common\WP\L1\CRD\Williams, Susan v Dollar General\Pleadings\Answer.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4