# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND



CHAMBERS OF  
GINA L. SIMMS  
UNITED STATES MAGISTRATE JUDGE  
MDD_GLSChambers@mdd.uscourts.gov

U.S. COURTHOUSE  
6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
(301) 344-0627

January 31, 2024

Re: *Susan Williams v. Dolgencorp, LLC*  
Case No. GLS 21-2775

## LETTER ORDER

Dear Counsel:

The Court has reviewed Defendant's letter request to file a motion for summary judgment contemporaneously with a motion in limine. (ECF No. 39-1) and Plaintiff's letter response thereto. (ECF No. 41).

Upon consideration of these filings, the Court hereby **ORDERS** the following briefing schedule for the motion for summary judgment and motion in limine:

| Description of Event | Due Date |
| --- | --- |
| Defendant's Motion for Summary Judgment and Motion in Limine[1] | March 18, 2024 |
| Plaintiff's Opposition | April 18, 2024 |
| Defendant's Reply | May 2, 2024 |
| Joint Appendix | May 9, 2024 |

Regarding the Joint Appendix, instead of receiving voluminous exhibits attached to each pleading filed, **the Court is only interested in receiving one binder of exhibits after the briefing is done.** That binder shall contain: (a) a Table of Contents; (b) the exhibits—e.g., deposition transcripts, documents, interrogatories, etc.—that each party is relying upon in support of its respective motion. All exhibits shall contain Bates Nos.

While the parties should meet and confer as to how to compile the Joint Appendix, the Court suggests that Defendant prepare its initial set of exhibits cited in the opening filing, Bates stamp those documents, and serve it on Plaintiff contemporaneous with Defendant's opening filing. Plaintiff would then designate any additional documents as exhibits, Bates stamp those

---

[1] The Court will permit only one pleading that shall include both the motion for summary judgment and motion in limine.

documents consecutively based on where Defendant's initial set ended, and serve those additional documents on Defendant contemporaneous with the Opposition. Finally, Defendant would then include any additional documents cited in its Reply brief, also Bates stamped consecutively.

By way of example, the Table of Contents should look like this:

<u>Joint Appendix of Exhibits</u>:
*Susan Williams v. Dolgencorp, LLC*
Case No. GLS 21-2775

|  |  | Bates Nos. |
|---|---|---|
| I. | Defendant's Exhibits in Motion for Summary Judgment and Motion in Limine | JA0001- JA0175 |
| II. | Plaintiff's Exhibits in Opposition | JA0176- JA0350 |
| III. | Defendant's Exhibits in Reply | JA0351- JA0370 |

Finally, there should be tabs dividing the Plaintiff's exhibits from the Defendant's exhibits (e.g., Tab A, B, and C, or Tab 1, 2, and 3).

**Within seven days of the conclusion of briefing, parties should e-file the Joint Appendix on the docket and provide a courtesy copy of all briefing and of the Joint Appendix to Chambers.**

Although informal, this is an Order of the Court and shall be docketed as such.

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge